UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

GREGORY RANDOLPH                          :
                                          :
        Plaintiff,                        :
    v.                                    : Civil Action No. 8:13-cv-01696-PWG
                                          :
POWERCOMM CONSTRUCTION, INC., *et al.*    :
                                          :
        Defendants                        :

MOTION FOR ORDER PROHIBITING PLAINTIFF
AND HIS REPRESENTATIVES FROM CONTACTING DEFENDANTS' CURRENT
AND FORMER EMPLOYEES TELEPHONICALLY, BY E-MAIL AND/OR IN PERSON

Defendants PowerComm Construction, Inc. and David Kwasnik, Sr. ("Kwasnik") (collectively "PowerComm"), by and through undersigned counsel, and pursuant to Local Rule 105 and Rules 7 and 26 of the Federal Rules of Civil Procedure, move for an Order Prohibiting Plaintiff and His Representatives from Contacting Defendants' Current and Former Employees Telephonically, by E-Mail and/or In Person.  In support thereof, they state as follows:

1.      Plaintiff's counsel has repeatedly contactedor tried to contact PowerComm's foreman in an effort topersonally solicit himto join plaintiff's captioned class action lawsuit and to have him assist in soliciting others.  Plaintiff's counsel did not inquire with PowerComm's foreman whether he was an employee whose contact was prohibited by the Maryland Rules of Professional Conduct ("MRPC").  PowerComm's foreman advised plaintiff's counsel he did not want to be a client or further assist plaintiff's counsel, and hung up the telephone on plaintiff's counsel.  Subsequently, plaintiff's counsel tried to contact PowerComm's foreman on at least three (3) different occasions in an effort to solicit him for plaintiff's lawsuit.  PowerComm's

foreman was harassed by plaintiff's counsel.  Such conduct by plaintiff's counsel squarelyviolates the Maryland Rules of Professional Conduct ("MRPC").

    2.    Upon learning of these improper communications, on July 16, 2013, defendants' counsel advised plaintiff's counsel in writing to cease this unethical conduct.  Later that same day, plaintiff's counsel responded in writing.  Far from denying his conduct, plaintiff's counseldefended it, pointing tounpublished cases from the United States Court of Appeals, Eleventh Circuit, and the United States District Court, District of D.C. (a brief order from a Magistrate Judge).  Plaintiff's counsel appears to believe that these cases nullify the MRPC, and this Court's application of the MRPC.  Additionally, plaintiff's counsel characterized the assertion of improper conduct as "frivolous."

    3.     Plaintiff's counsel continues to harass and personally solicit plaintiff's current employees and management employees.

    WHEREFORE, given the above good and valid reasons, PowerComm respectfully requests that the Court enter the Order appended hereto, granting its Motion for an Order Prohibiting Plaintiff and His Representatives from Contacting Defendants' Current and Former Employees Telephonically, by E-Mail and/or In Person.  Additionally, since any clients acquired by plaintiff's counsel through direct solicitationwere acquired in violation of Maryland law, PowerComm further requests that plaintiff's counsel be barred from representing any such clients in the captioned lawsuit.  Finally, PowerComm requests its costs and attorneys' fees incurred related to the subject Motion, since plaintiff's counsel has continued hisunethical conduct, despite warning notice from PowerComm.

        POWERCOMM CONSTRUCTION, INC.
        DAVID KWASNIK SR.


        _/S/ Geoffrey M. Bohn_____
        Geoffrey M. Bohn, Bar #14872
        Robert A. Battey, Bar #13210
        BOHN & KOURETAS, PLC
        P.O. Box 101685
        Arlington, VA 22210
        Tel:    (703) 599-7076
        Fax:   (703) 842-8089
        bohn_kouretas_plc@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Ninth Floor
Washington, D.C. 20006
sowald@employmentlawgroup.com
nwoodfield@employmentlawgroup.com


        _/S/ Geoffrey M. Bohn_____
        Geoffrey M. Bohn