UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

**Gregory Randolph,**

                Plaintiff,

  v.

**PowerComm Construction, Inc., et al.,**

                Defendant.

Case No.: 8:13-cv-01696-PWG

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Preliminary Injunction, Invalidation of "Opt-Out" Forms, and Request for Sanctions and all responses and arguments thereto, it is this _____ day of August, 2014,

ORDERED that Plaintiffs' Motion for Preliminary Injunction and Invalidation of "Opt-Out" Forms be, and hereby is, GRANTED; and it is further

ORDERED that Defendants are prohibited from discussing this litigation with any employee from the date of entry of this Order until the Court rules otherwise; and it is further

ORDERED that those Opt-Out forms filed by Defendants on August 1, 2014, and August 4, 2014, are hereby invalidated; and it is further

ORDERED that Plaintiffs will submit and Defendants will remit to Plaintiffs the fees and costs, including investigator expenses, associated with Plaintiffs' bringing the instant motion; and it is further

ORDERED that, upon Plaintiffs establishing Defendants' liability, full liquidated damages shall be entered against each Defendant as to all Plaintiffs and that the Court shall impose the three year statute of limitations for statute of limitations purposes.

                                      _____
                                      Hon. George J. Hazel
                                      United States District Judge

cc: All counsel and parties of record